# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GUCWA- SALTON, IRENE D § Case No. 12-28695
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/13/2013 in Courtroom ,
United States Courthouse
Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/28/2013        By: /s/ Michael G. Berland
                                                    Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GUCWA- SALTON, IRENE D § Case No. 12-28695
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 33,706.34 |
| and approved disbursements of | $ 221.83 |
| leaving a balance on hand of[1] | $ 33,484.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 4,120.63 | $ 0.00 | $ 4,120.63 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 26.81 | $ 0.00 | $ 26.81 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,147.44 |
| Remaining Balance | | | $ 29,337.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,956.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GE Capital Retail Bank | $ 2,693.46 | $ 0.00 | $ 2,637.78 |
| 000002 | American InfoSource LP as agent for | $ 9,799.95 | $ 0.00 | $ 9,597.36 |
| 000003 | Quantum3 Group LLC as agent for | $ 1,639.99 | $ 0.00 | $ 1,606.09 |
| 000004 | Quantum3 Group LLC as agent for | $ 935.90 | $ 0.00 | $ 916.55 |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ 5,632.60 | $ 0.00 | $ 5,516.16 |
| 000006 | Quantum3 Group LLC as agent for | $ 7,103.39 | $ 0.00 | $ 6,956.55 |
| 000007 | Portfolio Recovery Associates, LLC | $ 2,151.05 | $ 0.00 | $ 2,106.58 |

Total to be paid to timely general unsecured creditors    $ 29,337.07

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-28695-BWB
Irene D Gucwa- Salton                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2              Date Rcvd: Oct 29, 2013
                              Form ID: pdf006          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2013.
db          +Irene D Gucwa- Salton,    213 Thames Drive,    Shorewood, IL 60404-0597
19171460    +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
19171459    +Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
19171461    +Frdf/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
19171462   #+Freedman Anselmo & Rappe, L.L.C.,    1807 W. Diehl Rd.,    Naperville, IL 60563-1890
19171465     Macysdsnb,   911 Duke Blvd,    Mason, OH 45040
19960827   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
19171466    +Target N.B.,    Po Box 673,   Minneapolis, MN 55440-0673
19171467    +Thd/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
19171468    +Tony Salton,    213 Thames Drive,   Shorewood, IL 60404-0597
19171471    +Visa/Dsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
19171472    +Wfnnb/Ny&C,    220 W Schrock Rd,   Westerville, OH 43081-2873
19171473    +Wfnnb/Valucityroomstod,    Po Box 182789,    Columbus, OH 43218-2789
19171474    +Wfnnb/Vctria,    Po Box 182789,   Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19623152      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2013 01:00:06
               American InfoSource LP as agent for,    Target,   PO Box 248866,   Oklahoma City, OK   73124-8866
20320078      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2013 01:00:06
               American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK   73124-8866
19621538      E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2013 01:17:05     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19171463      E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2013 01:17:04     Gecrb/Jcp,   Po Box 984100,
               El Paso, TX 79998
19171464      E-mail/Text: bnckohlsnotices@becket-lee.com Oct 30 2013 01:10:33     Kohls/Cap1,   Po Box 3115,
               Milwaukee, WI 53201-3115
19751441     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2013 01:00:05
               PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
20354553      E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2013 01:16:08     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
19785706      E-mail/Text: bnc-quantum@quantum3group.com Oct 30 2013 01:11:06
               Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,   PO Box 788,
               Kirkland, WA   98083-0788
19711527      E-mail/Text: bnc-quantum@quantum3group.com Oct 30 2013 01:11:06
               Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA   98083-0788
20354555      E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2013 01:15:16
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19171469*    +Tony Salton,    213 Thames Drive,   Shorewood, IL 60404-0597
19171470*    +Tony Salton,    213 Thames Drive,   Shorewood, IL 60404-0597
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2013                                  Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: lhuley              Page 2 of 2           Date Rcvd: Oct 29, 2013
                              Form ID: pdf006          Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2013 at the address(es) listed below:
              Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick  Semrad   on behalf of Debtor Irene D Gucwa- Salton psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```