UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
GUCWA- SALTON, IRENE D § Case No. 12-28695
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on               . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Frdf/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |
| | Kohls/Cap1 Po Box 3115 Milwaukee, WI 53201-3115 | | | | | |
| | Macysdsnb 911 Duke Blvd Mason, OH 45040 | | | | | |
| | Target N.B. Po Box 673 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Thd/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Visa/Dsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Wfnnb/Ny&C 220 W Schrock Rd Westerville, OH 43081 | | | | | |
| | Wfnnb/Valucityroomstod Po Box 182789 Columbus, OH 43218 | | | | | |
| | Wfnnb/Vctria Po Box 182789 Columbus, OH 43218 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | GE CAPITAL RETAIL BANK | | | | | |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 12-28695 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | GUCWA- SALTON, IRENE D | | | Date Filed (f) or Converted (c): | 07/19/12 (f) |
| | | | | 341(a) Meeting Date: | 08/13/12 |
| For Period Ending: | 02/12/14 | | | Claims Bar Date: | 01/25/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 213 Thames, Shorewood, Illinois | 114,249.50 | 0.00 | | 0.00 | FA |
| 2. West Suburban Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3. West Suburban Bank | 0.00 | 0.00 | | 0.00 | FA |
| 4. TCF checking | 180.30 | 0.00 | | 0.00 | FA |
| 5. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Furniture | 750.00 | 0.00 | | 0.00 | FA |
| 7. Possible inheritance (u) | 0.00 | 0.00 | | 33,706.34 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $115,679.80  $0.00  $33,706.34  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The debtor's father passed away and the Trustee received an inheritance

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 10/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-28695 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | GUCWA- SALTON, IRENE D | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0148 Checking Account |
| Taxpayer ID No: | *******0614 | | | |
| For Period Ending: | 02/12/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/21/13 | 7 | Tony Salton | Payment of moneis due for inheritae | 1229-000 | 33,706.34 | | 33,706.34 |
| 03/08/13 | | Congressional Bank | Bank service fee | 2600-000 | | 10.00 | 33,696.34 |
| 04/22/13 | | Congressional Bank | | 2600-000 | | 35.78 | 33,660.56 |
| 05/09/13 | | Congressional Bank | Bank service fee | 2600-000 | | 34.61 | 33,625.95 |
| 06/04/13 | | Congressional Bank | Bank fee | 2600-000 | | 35.71 | 33,590.24 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 34.51 | 33,555.73 |
| 08/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 35.63 | 33,520.10 |
| 09/11/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 35.59 | 33,484.51 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 34.41 | 33,450.10 |
| 12/16/13 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 4,120.63 | 29,329.47 |
| 12/16/13 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 26.81 | 29,302.66 |
| 12/16/13 | 001003 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000001, Payment 97.81805% | 7100-000 | | 2,634.69 | 26,667.97 |
| 12/16/13 | 001004 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 97.81785% | 7100-000 | | 9,586.10 | 17,081.87 |
| 12/16/13 | 001005 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788 | Claim 000003, Payment 97.81767% | 7100-000 | | 1,604.20 | 15,477.67 |

Page Subtotals  33,706.34  18,228.67

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-28695 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | GUCWA- SALTON, IRENE D | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0148  Checking Account |
| Taxpayer ID No: | *******0614 | | |
| For Period Ending: | 02/12/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/16/13 | 001006 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000004, Payment 97.81814% | 7100-000 | | 915.48 | 14,562.19 |
| 12/16/13 | 001007 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 97.81788% | 7100-000 | | 5,509.69 | 9,052.50 |
| 12/16/13 | 001008 | Quantum3 Group LLC as agent for<br>Quantum3 Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000006, Payment 97.81794% | 7100-000 | | 6,948.39 | 2,104.11 |
| 12/16/13 | 001009 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Claim 000007, Payment 97.81781% | 7100-000 | | 2,104.11 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 33,706.34 | 33,706.34 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 33,706.34 | 33,706.34 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 33,706.34 | 33,706.34 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0148 | 33,706.34 | 33,706.34 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 33,706.34 | 33,706.34 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals        0.00        15,477.67

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 12-28695 -BL |
| Case Name: | GUCWA- SALTON, IRENE D |
| Taxpayer ID No: | *******0614 |
| For Period Ending: | 02/12/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0148 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********0148 | | Transfers) | To Debtors) | On Hand |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)